# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE DISABILITY INACTIVE STATUS OF MARK E. PEPLOWSKI, BAR NO. 7133

No. 79476

FILED

NOV 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER REGARDING DISABILITY INACTIVE STATUS*

The State Bar and attorney Mark Peplowski filed a joint petition alleging that Peplowski is suffering from a disability due to physical infirmity, illness, or addiction that makes it impossible for him to defend a pending disciplinary proceeding or to continue the practice of law. Based on the petition, this court transferred him to disability inactive status and referred the matter to a disciplinary board to determine Peplowski's capacity to practice law. Thereafter, a hearing panel of the Southern Nevada Disciplinary Board concluded Peplowski is incapacitated for the purposes of practicing law because of mental infirmity, illness, or addiction and recommends Peplowski remain on disability inactive status. Having reviewed the record, we agree with the hearing panel's recommendation.

20-41486

Accordingly, attorney Mark Peplowski shall remain on disability inactive status and the pending disciplinary proceeding against him is suspended. SCR 117(2).

It is so ORDERED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Chair, Southern Nevada Disciplinary Board
    Bar Counsel, State Bar of Nevada
    Mark E. Peplowski
    Executive Director, State Bar of Nevada
    Admissions Office, United States Supreme Court

---

[1]This order shall be public but all other documents filed with this court in this matter shall remain confidential. SCR 117(2). This order constitutes our final disposition of this petition.